UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
DAMON JONES, *on behalf of himself and all others* :
*similarly situated*, :
:
                               Plaintiff,      :         22 Civ. 9198 (JPC)
:
        -v-                                 :         <u>ORDER</u>
:
OCEAN CREST SEAFOODS, INC., :
:
                              Defendant.      :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On April 4, 2023, the Court ordered Plaintiff to move for default judgment no later than April 17, 2023. Dkt. 10 at 1. The docket reflects that no such motion was filed. Consequently, on May 2, 2023, the Court ordered Plaintiff to file a letter by May 12, 2023, indicating whether he intends to proceed with his suit, and, if so, showing cause why it should not be dismissed for failure to prosecute. Dkt. 11 at 2. The Court further warned Plaintiff that should he fail to submit that letter, "the Court may dismiss this action for failure to prosecute without further notice." *Id.* The docket reflects that no letter was filed. Plaintiff is therefore ordered to file a letter by May 25, 2023, explaining his noncompliance with the Court's prior two orders. The default judgment hearing previously scheduled for 11:00 a.m. on May 24, 2023 is adjourned *sine die*. Should Plaintiff fail to file that letter as required, this case will be dismissed without further notice for failure to prosecute.

        SO ORDERED.

Dated: May 18, 2023
       New York, New York
                                                                   JOHN P. CRONAN
                                                                   United States District Judge