UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES on behalf of herself
and all others similarly situated,

               Plaintiffs,

-against-

OCEAN CREST SEAFOOD, INC.

               Defendant.

Case No.  1:22-cv-9198

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             May 25, 2023

                              Respectfully Submitted,

                              **/s/ Mars Khaimov**

                       By:    Mars Khaimov, Esq.
                              108-26 64th avenue, Second Floor
                              Forest Hills, New York 11375
                              Tel (929) 324-0717
                              Fax (929) 333-7774
                              Email: mars@khaimovlaw.com
                              *Attorney for Plaintiff*